HOWARD J. SCHLOTT, Respondent, v. THE STATE OF NEW YORK and Others, Defendants, Impleaded with WILLIAM S. BROWER, as Trustee in Bankruptcy of WESTCHESTER CONSTRUCTION COMPANY, Bankrupt, Appellant.— Order in so far as it denies trustee's motion to dismiss the complaint affirmed, with ten dollars costs and disbursements, with leave to appellant to answer within ten days from

service of a copy of the order herein. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.